DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**K.C.B.,** the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D18-1853

[October 15, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 432017DP000014.

Antony P. Ryan, Regional Counsel, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Kelley Schaeffer, Bradenton, for Appellee Department of Children & Families.

David A. Davis of Defending Best Interest Project, Tallahassee, and Thomasina Moore, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***